UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARISELDA QUINTANILLA and        )
CRISTOBAL ISRRAEL QUINTANILLA,   )
                                 )
                Plaintiffs,      )
                                 )
        v.                       )       No. 20 C 4944
                                 )
                                 )       Judge Bucklo
CHAD F. WOLF, Acting Secretary,  )
U.S. DEPARTMENT OF HOMELAND      )
SECURITY, et al.,                )
                                 )
                Defendants.      )

## DEFENDANTS' MOTION TO DISMISS

The federal defendants, by their attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, move to dismiss the complaint for lack of jurisdiction and mootness under Fed. R. Civ. P. 12(b)(1) and Fed. R. Civ. P. 12(b)(6).  In support, the federal defendants state:

1.      On August 21, 2020, Plaintiffs filed a complaint under the Administrative Procedure Act alleging that U.S. Citizenship and Immigration Services' July 23, 2020 denials of their I-485 Applications to Adjust status were arbitrary and capricious. Dkt. 1 (Complaint).

2.      On October 27, 2020, pursuant to 8 C.F.R. §103.5(a)(5), U.S. Citizenship and Immigration Services reopened the decisions denying the I-485 applications.

3.      The notices of reopening vacated the prior decisions.   In accordance with 8 CFR § 103.5(a)(5)(ii), Plaintiffs were allotted 30 days to submit a brief explaining why USCIS should not issue an unfavorable decision on the reopened applications.

4.      The agency has informed undersigned counsel that, in the event Plaintiffs are unable to present evidence or briefing compelling a favorable decision in their case, the agency intends to certify Plaintiffs' case to the agency's Administrative Appeals Office for consideration of the novel legal issues raised in the applications.

5.      Plaintiffs cannot demonstrate that they are clearly entitled to the relief sought in their complaint here where Defendants have reopened the applications at issue and are affording plaintiffs another opportunity to establish their eligibility.   Since a final agency action no longer exists for APA review, the plaintiff's claims should be dismissed as moot.

6.      This matter should also be dismissed for lack of jurisdiction because no final agency action exists at this time. 5 U.S.C. § 704.

WHEREFORE, the complaint should be dismissed.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Elizabeth I. Treacy
        ELIZABETH I. TREACY
        Assistant United States Attorney
        219 South Dearborn Street
        Chicago, Illinois 60604
        (312) 886-7625
        Elizabeth.treacy@usdoj.gov

2